821 A.2d 85

**Zaneta BURKETT**

**v.**

**Martha C. MAXIE.**

**No. 103, Sept. Term, 2002.**

Court of Appeals of Maryland.

April 8, 2003.

Timothy W. Fitzmaurice (DeCaro, Doran, Siciliano, Gallagher & DeBlasis, LLP, on brief), Lanham, for petitioner.

Alan S. Albin (Alan S. Albin, Esq., on brief), Cedar Knolls, New Jersey, for respondent.

Argued before BELL, C.J., and ELDRIDGE, RAKER, WILNER, CATHELL, HARRELL and BATTAGLIA, JJ.

## ORDER

PER CURIAM.

The Court having considered and granted the petition for writ of certiorari in the above-captioned case, it is this 8th day of April, 2003,

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed, with costs, the petition having been improvidently granted.

Chief Judge BELL, Judge CATHELL, and Judge BATTAGLIA would not dismiss.